UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WONG,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAELS STORES, INC., A DELAWARE CORPORATION, DARRYL KINSLEY AND DOES 1-25,<br><br>          Defendants. | 1:11-cv-0162 OWW JLT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>Further Scheduling Conference Date: 9/15/11<br>8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

   July 27, 2011.

II.  Appearances Of Counsel.

   Gregory L. Myers, Esq., appeared on behalf of Plaintiff.

   Ogletree, Deakins, Nash, Smoak & Stewart by Vince M. Verde, Esq., appeared on behalf of Defendant.

III. Status of Case.

   1.   Mr. Myers, attorney for Plaintiff, advises that the Plaintiff has filed Chapter 13 proceedings in the United States Bankruptcy Court.  Accordingly, the Trustee in Bankruptcy must determine whether this action will proceed.

   2.   This Scheduling Conference is continued to September

1

15, 2011, at 8:15 a.m.  The parties shall advise the Court upon any lifting of the automatic stay.

IT IS SO ORDERED.

Dated:   July 27, 2011                             /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE