IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WONG, et al., ) | Case No.: 1:11-cv-00162 AWI JLT |
| Plaintiffs, ) | ORDER LIFTING STAY NUNC PRO TUNC |
| v. ) | |
| MICHAELS STROES, INC., A DELAWARE ) CORPORATION, DARRYL KINLEY and ) DOES 1-25, ) | |
| Defendants. ) | |

On July 27, 2011, the Court stayed this action in lights of Plaintiff's bankruptcy proceedings. (Doc. 13) On November 30, 2011, the parties reported to the Court that the bankruptcy action had been completed. (Doc. 19 at 1-2) On December 7, 2011, the Court conducted the scheduling conference (Docs. 20, 21) and, since that time, the parties have actively pursued this matter. However, at the time of the scheduling conference, the Court failed to issue a formal order lifting the stay.

Inasmuch as Petitioner filed the Traverse on February 4, 2011, and good cause having been presented to the Court, IT IS HEREBY ORDERED that: the stay is LIFTED nunc pro tunc to December 7, 2011.

IT IS SO ORDERED.

Dated: **February 27, 2012**          /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE